IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBYN REED,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

  v.                                          Case No.   16-cv-479-wmc
                                                            14-cr-41-wmc

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Robyn Reed denying petitioner's motion for post-conviction relief under 28 U.S.C. § 2255.

    s/ K. Frederickson, Deputy Clerk               June 15, 2017
    Peter Oppeneer, Clerk of Court                      Date